ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPCECIAL

| | | |
|---|---|---|
| **T- BOARDS, LLC**<br><br>Apelante<br><br>v.<br><br>**NEX GEN, LLC; SPIDER BILLBOARDS, LLC**<br><br>Apelado | KLAN202300967 | **APELACIÓN** procedente del Tribunal de Primera Instancia, Sala Superior de **Fajardo**<br><br>Civil Núm.: **FA2023CV00694**<br><br>Sobre: Interdicto Estatutario al Amparo del Art. 14.1 de la Ley 161-2009 |

Panel integrado por su presidenta, la Jueza Domínguez Irizarry, la Jueza Grana Martínez y la Jueza Boria Vizcarrondo.

Boria Vizcarrondo, Jueza Ponente.

### SENTENCIA

En San Juan, Puerto Rico, a 21 de mayo de 2024.

En atención a la *Moción en Cumplimiento de Orden de Mostrar Causa* presentada el 15 de mayo de 2024 por la parte apelante, se declara con lugar a tenor con la Regla 83(A) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R.83 (A), por lo que se ordena el archivo definitivo de esta causa.

Lo acordó y manda el Tribunal y lo certifica la Secretaria.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
SEN2024 _____